# Third District Court of Appeal

## State of Florida

Opinion filed June 15, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1814
Lower Tribunal No. 11-27639 SP
_____

**United Automobile Insurance Company**,
Appellant,

vs.

**Best American Diagnostic Center, Inc., a/a/o Amaury Pena,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Natalie Moore, Judge.

Michael J. Neimand, for appellant.

Marks & Fleischer, P.A., and Gary Marks (Fort Lauderdale); and David B. Pakula, P.A., and David B. Pakula (Pembroke Pines), for appellee.

Before LINDSEY, HENDON and LOBREE, JJ.

PER CURIAM.

We reverse and remand consistent with our recent decision in <u>United</u>

<u>Automobile Insurance Co. v. Millennium Radiology, LLC</u>, 47 Fla. L. Weekly D175, D177 (Fla. 3d DCA Jan. 12, 2022) ("Millennium's 'identity' is not the same in each of these cases against United Auto; Millennium draws its identity from its assignor from case to case. The identity element of collateral estoppel, therefore, is not satisfied.").

Reversed and remanded.